Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–13350–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin J. Condran | Donna M. Condran |
| 116 Bucknell Avenue | 116 Bucknell Avenue |
| Del Haven, NJ 08251 | Del Haven, NJ 08251 |

Social Security No.:
  xxx–xx–0846                                        xxx–xx–9312

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 26, 2016</u>            <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court